# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MAUREEN M FLORKOWSKI <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA | CIVIL ACTION <br><br> NO. 21-46 |
|---|---|

## ORDER

**AND NOW, TO WIT:** This 19th day of February, 2021, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk

O:\CIVIL 21\21CV46 41B ORDER.DOCX